Squire Patton Boggs (US) LLP
Troy M. Yoshino (State Bar # 197850)
troy.yoshino@squirepb.com
Eric J. Knapp (State Bar # 214352)
eric.knapp@squirepb.com
Aengus H. Carr (State Bar # 240953)
aengus.carr@squirepb.com
Alfredo W. Amoedo (State Bar # 287901)
alfredo.amoedo@squirepb.com
275 Battery Street, Suite 2600
San Francisco, California  94111
Telephone:  +1 415 954 0200
Facsimile:   +1 415 393 9887

Attorneys for Defendant
Mercedes-Benz USA, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Oppenheim, individually and the representative of a class of similarly-situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>Mercedes-Benz USA, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:18-cv-3610-RGK-AGR<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO PLAINTIFF OPPENHEIM, AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br><br>Judge:  Hon. R. Gary Klausner |

Plaintiff Michael Oppenheim ("Plaintiff") and Defendant Mercedes-Benz USA, LLC ("MBUSA"), by and through their undersigned counsel, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal of Plaintiff's individual claims with prejudice and to the dismissal of the class action allegations without prejudice.

NOW THEREFORE, IT IS HEREBY STIPULATED and AGREED:

1.  Plaintiff hereby dismisses his individual claims with prejudice and dismisses the class action allegations without prejudice;

2.  Each party shall bear its own fees and costs; MBUSA has not provided any other consideration for Plaintiff's dismissal.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of the document attests that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on this document.

IT IS SO STIPULATED.

Dated: July 31, 2018     Squire Patton Boggs (US) LLP

By: */s/ Aengus H. Carr*
Aengus H. Carr

Attorneys for Defendant
Mercedes-Benz USA, LLC

Dated: July 31, 2018     Geragos & Geragos, APC

By: */s/ Ben J. Meiselas*
Ben J. Meiselas

Attorneys for Plaintiff
Michael Oppenheim